# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**60**
**CAF 10-02409**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND GORSKI, JJ.

---

IN THE MATTER OF SUZALYN E. HOFFMEIER,
PETITIONER-APPELLANT,

                  V                      ORDER

THOMAS BYRNES, RESPONDENT-RESPONDENT.

---

EMILY KARR-COOK, ELMIRA, FOR PETITIONER-APPELLANT.

CAROLYN KELLOGG JONAS, ATTORNEY FOR THE CHILDREN, WELLSVILLE, FOR CHRISTOPHER B. AND JAYDEN C.

---------------------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Steuben County (Gerald J. Alonzo, J.H.O.), entered November 5, 2010 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded legal and physical custody of the subject children to respondent.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.

Entered: January 31, 2012                  Frances E. Cafarell
                                       Clerk of the Court